**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

CLIENT/MATTER NUMBER
080200-0292

September 23, 2013

**VIA ECF AND EMAIL**

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 4 2013
```

Re:   *Baseball Quick, LLC v. MLB Advanced Media, L.P. et al.,*
      Case No. 11-cv-01735(KBF)

Dear Judge Forrest:

We represent MLB Advanced Media, L.P. ("MLBAM") in the above-referenced action. MLBAM plans to file tomorrow a reply brief and declaration attaching several exhibits in support of its *Renewed Motion to Stay.* A number of the exhibits are documents that MLBAM produced with the designation CONFIDENTIAL – ATTORNEY'S EYES ONLY.

Pursuant to the *Stipulated Protective Order Regarding Confidentiality* (Dkt. No. 62) previously entered by Judge Griesa, MLBAM seeks the Court's permission to file under seal the MLBAM documents designated as confidential.

Respectfully submitted,

*Sara P. Madavo*
Sara P. Madavo

cc:   Counsel of Record (via ECF)

Ordered
Application granted.
9/23/13   K. B. Forrest
          USDJ

BOSTON          JACKSONVILLE    MILWAUKEE       SAN DIEGO           SILICON VALLEY
BRUSSELS        LOS ANGELES     NEW YORK        SAN DIEGO/DEL MAR   TALLAHASSEE
CHICAGO         MADISON         ORLANDO         SAN FRANCISCO       TAMPA
DETROIT         MIAMI           SACRAMENTO      SHANGHAI            TOKYO
                                                                    WASHINGTON, D.C.

4823-9949-0070.1