```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 13, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BASEBALL QUICK, LLC,                                         :
:
                Plaintiff,           :    11 Civ. 1735 (KBF)
       -v-                                                   :
:           ORDER
:
MLB ADVANCED MEDIA L.P. et al.,                              :
:
                Defendants.         :
:
------------------------------------------------------------X
KATHERINE B. FORREST, District Judge:

      In light of the inclement weather, the conference scheduled for February 13, 2014 is adjourned to **February 20, 2014 at 10:00 a.m.**  Lead counsel for the parties shall be present at this in-person conference.

      SO ORDERED.

Dated:     New York, New York
              February 13, 2014

                                          _____
                                             KATHERINE B. FORREST
                                             United States District Judge