USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2015

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BASEBALL QUICK, LLC, A NEW YORK CORPORATION,**
*Plaintiff-Appellant*

v.

**MLB ADVANCED MEDIA, L.P., A DELAWARE CORPORATION,**
*Defendant-Appellee*

**DOES, 1 THROUGH 5, INCLUSIVE,**
*Defendant*

_____

2015-1403

_____

Appeal from the United States District Court for the Southern District of New York in No. 1:11-cv-01735-KBF, Judge Katherine B. Forrest.

_____

**JUDGMENT**

_____

JAMES M. BOLLINGER, Troutman Sanders LLP, New York, NY, argued for plaintiff-appellant. Also represented by TIMOTHY P. HEATON, JOSHUA A. BERMAN, PHOENIX S. PAK; PAUL E. MCGOWAN, Atlanta, GA; MATTHEW D. MURPHEY, ERIC M. JAEGERS, Irvine, CA.

CYNTHIA RIGSBY, Foley & Lardner LLP, Milwaukee, WI, argued for defendant-appellee. Also represented by MICHELLE A. MORAN, KEVIN J. MALANEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 10, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |